AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*December 09, 2021*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America<br>v.<br>Marco Antonio DAVILA-GOMEZ<br>and<br>Marco Antonio DAVILA, Jr.<br><br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br><br>**4:21-mj-2639** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 7, 2021 _____ in the county of _____ Harris _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sections 841(a)(1) and (b)(1)(A)(ii) | Knowingly, intentionally, and unlawfully possess with intent to distribute over 5 kilograms of a mixture or substance containing cocaine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A."

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Victor Vagliente, DEA Task Force Officer
_____
*Printed name and title*

Telephonically sworn to before me and signed.

Date: _____ 12/09/2021 _____

_____
*Judge's signature*

City and state: _____ Houston, Texas _____

Christina A. Bryan, United States Magistrate Judge
_____
*Printed name and title*

**Attachment A**

Your affiant, Task Force Officer Victor Vagliente, being duly sworn telephonically, deposes and states the following:

On November 15, 2021, DEA Houston Division Office, Task Force Officers (TFO) Victor Vagliente and Ariel Ferrer spoke with a confidential informant (CI) regarding the drug activities of a suspect in Mexico, known only as "Hector." The CI provided TFO Vagliente with information regarding the drug activities of Hector and provided a cellular telephone number for Hector. The CI stated that Hector is responsible for the distribution of kilogram quantities of cocaine in the Houston area.  The CI stated that Hector told him/her that Hector would sell each kilogram of cocaine for $24,000.00.

On November 18, 2021, at the direction of TFO Ferrer and TFO Vagliente, the CI contacted Hector to arrange a future narcotics deal for the purchase of approximately 20 kilograms of cocaine. The CI advised TFO Vagliente that Hector told him/her that Hector had a source of supply (SOS) in Houston that could sell 20 kilograms of cocaine. The CI told Hector that he/she had buyers ready to purchase 20 kilograms of cocaine. The CI advised that Hector would have his Hector's source of supply meet with the CI in the Houston area in order to discuss the narcotics transaction.

On December 7, 2021, the CI contacted Hector and advised Hector that he/she was ready to complete the drug deal.  Hector advised the CI that a courier would contact the CI to meet and complete the drug deal.  The CI received a cell phone call from a male, later identified as **Marco Antonio DAVILA-GOMEZ,** from cellular telephone number 337-532-9981.  The CI provided **DAVILA-GOMEZ** with the address for the Jack in the Box located at 7019 North Sam Houston Parkway East in Humble, Texas..  **DAVILA-GOMEZ** told the CI that he would be arriving at the Jack in the Box in forty-five minutes in a white Cadillac.

Approximately one hour later, **DAVILA-GOMEZ** arrived at the Jack in the Box in a white Cadillac CTS bearing Texas plate number NZL 9068.  **DAVILA-GOMEZ** informed the CI that he was outside the Jack in the Box.  The CI walked outside the restaurant and approached the passenger side door of the vehicle.  The CI observed that **DAVILA-GOMEZ** was driving the Cadillac and observed another male in the front passenger seat, later identified as **Marco Antonio**

1

**DAVILA Jr.**  The CI asked **DAVILA-GOMEZ** if he had the entire 20 kilograms of cocaine. **DAVILA-GOMEZ** told the CI that the entire twenty kilograms were there.  The CI told **DAVILA-GOMEZ** and **DAVILA Jr**. that he/she needed to see the cocaine prior to it being delivered. **DAVILA Jr.** exited the passenger side door of the vehicle and walked to the rear of the vehicle. **DAVILA-GOMEZ** released open the trunk of the vehicle as the CI and **DAVILA Jr**. stood behind the vehicle.  The CI observed a brown cardboard box sealed with tape.  The CI asked **DAVILA Jr.** if the entire twenty kilograms were there and **DAVILA Jr**. confirmed that it was.  The CI asked **DAVILA-GOMEZ** and **DAVILA Jr.** to follow him/her to another location in order to complete the drug deal.

The CI returned to his/her vehicle and drove away from the Jack in the Box northbound on Old Humble Road.  **DAVILA-GOMEZ** and **DAVILA Jr.** followed the CI in the white Cadillac. Shortly thereafter, Houston Police Department (HPD) Officers in a marked unit conducted a traffic stop on the white Cadillac at the 500 block of Atascocita Road in Humble, Texas.  HPD Officers pulled over the vehicle for having expired vehicle registration.  HPD Officers approached the vehicle and made contact with **DAVILA-GOMEZ** and **DAVILA Jr.**  Officers detected a strong odor of marijuana emitting from inside the vehicle.  A K-9 was used during the traffic stop of the vehicle at which time the K-9 alerted to the probable presence of narcotics inside the vehicle. Officers opened the trunk of the vehicle and discovered a brown cardboard box sealed with tape. Officers opened the cardboard box and discovered twenty rectangular packages wrapped with black electrical tape.

**DAVILA-GOMEZ** and **DAVILA Jr.** were taken into custody without incident.  A loaded semi-automatic Glock .40 handgun was discovered under the front passenger seat of the vehicle. **DAVILA-GOMEZ** stated that the gun belonged to him and that he had placed it under the passenger seat after being pulled over.

Special Agent (SA) Gregory Donovan conducted a field test of the white powdery substance from one of the rectangular packages originally seized from the trunk of the vehicle, which resulted in a positive result for the probable presence of cocaine pending laboratory analysis. The recovered cocaine weighed approximately 20 kilograms.

The narcotics, seized on December 7, 2021, will be submitted to the DEA South Central Laboratory for analysis and safekeeping.

Based on the foregoing, I respectfully submit that probable cause exists to believe that **Marco Antonio DAVILA-GOMEZ** and **Marco Antonio DAVILA Jr.**, committed a violation of Title 21, United States Code Sections 841: knowing and intentional possession with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance.

Victor Vagliente
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed telephonically to me on this 9th day of December 2021, and I hereby find probable cause.

Christina A. Bryan
United States Magistrate Judge
Southern District of Texas

3